ACCO,(AJRx),CLOSED,DISCOVERY,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:25−mc−00053−MWC−AJR

| | |
|---|---|
| Liner Freedman Taitelman Cooley, LLP v. Blake Lively | Date Filed: 06/13/2025 |
| Assigned to: Judge Michelle Williams Court | Date Terminated: 07/07/2025 |
| Referred to: Magistrate Judge A. Joel Richlin | Jury Demand: None |
| Case in other court: Southern District of New York, 1:24−cv−10049−LJL | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Diversity |
| Cause: Civil Miscellaneous Case | |

**Movant**

**Liner Freedman Taitelman Cooley, LLP**
*a limited liability partnership*

represented by **Ellyn S. Garofalo**
Liner Freedman Taitelman Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
310−201−0005
Fax: 310−201−0045
Email: egarofalo@lftcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amir Kaltgrad**
Liner Freedman Taitelman Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
310−201−0005
Fax: 310−201−0045
Email: akaltgrad@lftcllp.com
*ATTORNEY TO BE NOTICED*

**Bryan J Freedman**
Liner Freedman Taitelman and Cooley LLP
1801 Century Park West 5th Floor
Los Angeles, CA 90067
310−201−0005
Fax: 310−201−0045
Email: bfreedman@ftllp.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Blake Lively**
*an individual*

represented by **Esra Acikalin Hudson**
Manatt Phelps and Phillips LLP
2049 Century Park East Suite 1700
Los Angeles, CA 90067
310−312−4381
Fax: 310−312−4224
Email: ehudson@manatt.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Bender**
Willkie Farr and Gallagher LLP
1875 K Street, NW, Suite 100
Washington, DC 20006
202–303–1000
Fax: 202–303–2000
Email: kbender@willkie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Emily Moses**
Manatt Phelps and Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
310–312–4000
Fax: 310–312–4224
Email: smoses@manatt.com
*ATTORNEY TO BE NOTICED*

**Stephanie Anne Roeser**
Manatt, Phelps and Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
310–312–4000
Fax: 310–312–4224
Email: sroeser@manatt.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2025 | Ï 1 | MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT Receipt No: ACACDC–39905720 – Fee: $52, filed by Movant Liner Freedman Taitelman Cooley, LLP. (Attachments: # 1 Joint Stipulation, # 2 Declaration of Amir Kaltgrad, # 3 Exhibit A, # 4 Exhibit B, # 5 Declaration of Kristin E. Bender, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Affidavit Certificate of Service) (Attorney Ellyn S. Garofalo added to party Liner Freedman Taitelman Cooley, LLP(pty:mov))(Garofalo, Ellyn) (Entered: 06/13/2025) |
| 06/17/2025 | Ï 2 | Notice of Appearance or Withdrawal of Counsel: for attorney Esra Acikalin Hudson counsel for Respondent Blake Lively. Adding Esra A. Hudson as counsel of record for Blake Lively for the reason indicated in the G–123 Notice. Filed by Defendant Blake Lively. (Attorney Esra Acikalin Hudson added to party Blake Lively(pty:res))(Hudson, Esra) (Entered: 06/17/2025) |
| 06/25/2025 | Ï 3 | NOTICE OF ASSIGNMENT to District Judge Michelle Williams Court and Magistrate Judge A. Joel Richlin. (ghap) (Entered: 06/25/2025) |
| 06/25/2025 | Ï 4 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: MISC – Motion Related to Subpoena from Another District, 1 . The following error(s) was found: The Proposed Order is Missing (ghap) (Entered: 06/25/2025) |
| 06/25/2025 | Ï 5 | NOTICE OF HEARING on MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT by Clerk of Court. Counsel is hereby notified that the MISC – Motion Related to |

| | | |
|---|---|---|
| | | Subpoena from Another District, 1 is set for hearing. Motion set for hearing on 7/11/2025 at 01:30 PM before Judge Michelle Williams Court. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ghap) TEXT ONLY ENTRY (Entered: 06/25/2025) |
| 06/26/2025 | Ï 6 | (IN CHAMBERS) ORDER REFERRING MOTION TO QUASH SUBPOENA (DKT. 1 ) TO MAGISTRATE JUDGE A. JOEL RICHLIN by Judge Michelle Williams Court: The Court has reviewed the matter and refers the matter to Magistrate Judge A. Joel Richlin for his determination. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY (Entered: 06/26/2025) |
| 06/27/2025 | Ï 7 | SUPPLEMENT to MISC – Motion Related to Subpoena from Another District, 1 filed by Respondent Blake Lively. (Attachments: # 1 Proposed Order)(Hudson, Esra) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 8 | Notice of Pendency of Other Actions or Proceedings filed by Respondent Blake Lively. (Attachments: # 1 Exhibit A)(Hudson, Esra) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 9 | NOTICE of Interested Parties filed by Respondent Blake Lively, (Hudson, Esra) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 10 | NOTICE of Related Case(s) filed by Respondent Blake Lively. Related Case(s): 2:25–mc–00055–WLH–SK (the Related Case), pending in the Central District of California (Hudson, Esra) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 11 | Notice of Appearance or Withdrawal of Counsel: for attorney Stephanie Anne Roeser counsel for Respondent Blake Lively. Adding Stephanie A. Roeser as counsel of record for Blake Lively for the reason indicated in the G–123 Notice. Filed by Respondent Blake Lively. (Attorney Stephanie Anne Roeser added to party Blake Lively(pty:res))(Roeser, Stephanie) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 12 | Notice of Appearance or Withdrawal of Counsel: for attorney Sarah Emily Moses counsel for Respondent Blake Lively. Adding Sarah E. Moses as counsel of record for Blake Lively for the reason indicated in the G–123 Notice. Filed by Respondent Blake Lively. (Attorney Sarah Emily Moses added to party Blake Lively(pty:res))(Moses, Sarah) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 13 | (In Chambers): ORDER SCHEDULING INFORMAL DISCOVERY CONFERENCE BY VIDEO by Magistrate Judge A. Joel Richlin. 7 In an effort to address this dispute in the most efficient manner possible, the Court schedules an informal discovery conference by video for Thursday July 3, 2025 at 11:00 a.m. The Courtroom Deputy Clerk will email a link to the parties to join the videoconference. The purpose of the informal discovery conference is to discuss the dispute, the parties' respective positions, and possible next steps to resolve the dispute. [See document for further details.] (san) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 14 | NOTICE OF LODGING filed re Deficiency in Attorney Case Opening – optional html form 4 (Attachments: # 1 Proposed Order)(Garofalo, Ellyn) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 15 | SUPPLEMENT to MISC – Motion Related to Subpoena from Another District, 1 filed by Movant Liner Freedman Taitelman Cooley, LLP. (Garofalo, Ellyn) (Entered: 06/27/2025) |
| 06/30/2025 | Ï 16 | MOTION RE: INFORMAL DISCOVERY DISPUTE – Video Conference is set for 7/3/2025 at 11:00 AM before Magistrate Judge A. Joel Richlin. [See document for details.] (san) (Entered: 07/01/2025) |
| 07/01/2025 | Ï 17 | APPLICATION of Non–Resident Attorney Kristin Bender to Appear Pro Hac Vice on behalf of Respondent Blake Lively (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–40014967) filed by Respondent Blake Lively. (Attachments: # 1 Proposed Order) (Moses, Sarah) (Entered: 07/01/2025) |
| 07/03/2025 | Ï 18 | MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE held before Magistrate Judge A. Joel Richlin. On July 3, 2025, the Court held an informal discovery conference to discuss the |

| | | |
|---|---|---|
| | | pending motion to quash subpoena. After discussing the motion with the parties, the Court advised that a ruling would be forthcoming. Court Recorder: CS 7/03/2025. (san) (Entered: 07/03/2025) |
| 07/03/2025 | 19 | ORDER by Judge Michelle Williams Court: granting 17 Non−Resident Attorney Kristin Bender APPLICATION to Appear Pro Hac Vice on behalf of Respondent Blake Lively, designating Sarah Moses as local counsel. THERE IS NO PDF ASSOCIATED WITH THIS ENTRY(aus) (Entered: 07/03/2025) |
| 07/07/2025 | 20 | MEMORANDUM DECISION AND ORDER TRANSFERRING MOTION TO QUASH TO THE SOUTHERN DISTRICT OF NEW YORK (DKTS. 1, 7, 15) by Magistrate Judge A. Joel Richlin transferring case to Southern District of New York. ("The order here merely transferred the action to another federal court and did not affect the viability of a claim or defense or the federal appellate courts' ability to correct errors. Thus,the transfer order was nondispositive, and the magistrate judge had jurisdiction to enter it."). Because the action before this Court is a miscellaneous case initiated by the Motion to Quash, the Court directs the Clerk of Court to administratively close the action in the Central District of California. Case transferred electronically. (MD JS−6. Case Terminated.) (et) (Entered: 07/07/2025) |