UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LINER FREEDMAN TAITELMAN COOLEY, LLP,   :
:
                Movant,   :
:      25-mc-289 (LJL)
      -v-                               :
:          ORDER
BLAKE LIVELY,   :
:
                Respondent.   :
X
------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2025

LEWIS J. LIMAN, United States District Judge:

      The parties shall show cause by 5:00 p.m. on July 14, 2025, why the motion to quash should not be decided based on the joint stipulation submitted in the Central District of California.  *See* Dkt. No. 1-1.

      SO ORDERED.

Dated: July 10, 2025
       New York, New York

                                                        LEWIS J. LIMAN
                                       United States District Judge