# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

July 14, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   *Liner Freedman Taitelman Cooley, LLP v. Blake Lively*, No. 25-mc-00289 (LJL)

Dear Judge Liman:

    Plaintiff Blake Lively writes in response to the Court's order to show cause issued on July 10, 2025 as to "why the motion to quash should not be decided based on the joint stipulation submitted in the Central District of California." *See* ECF No. 24. Ms. Lively respectfully submits that it would be appropriate for this Court to decide the motion to quash on the basis of the joint stipulation submitted in the Central District of California, which is fully briefed and ready for this Court's decision.

                                                Respectfully submitted,

                                                s/ *Michael J. Gottlieb*

Michael J. Gottlieb
Kristin E. Bender
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

- 2 -

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (*pro hac vice*)
Stephanie A. Roeser (*pro hac vice*)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California  90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*