UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP,<br><br>    *Movant*,<br><br>v.<br><br>BLAKE LIVELY, an individual,<br><br>    *Respondent*. | Civ. Action No. 1:25-mc-00289-LJL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Jason Sunshine of Liner Freedman Taitelman + Cooley LLP, with offices located at 1801 Century Park West, 5th Floor, Los Angeles, California 90067, hereby appears on behalf of movant **LINER FREEDMAN TAITELMAN + COOLEY, LLP**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: July 14, 2025
Los Angeles, CA

Respectfully submitted,

LINER FREEDMAN TAITELMAN + COOLEY

By: ____*/s/ Jason Sunshine*_____
    Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: jsunshine@lftcllp.com